# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Winn, et al., | No. CV-26-03108-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | |

Having considered the parties' Stipulated Motion for Extension of Time and to Reset Status Conference (Doc. 17), and for good cause appearing,

**IT IS ORDERED** that the Motion (Doc. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants must file their responses to Plaintiffs' Motion for Preliminary Injunction (Doc. 12) on or before **June 5, 2026**.

**IT IS FURTHER ORDERED** that Plaintiffs must file their replies, if any, on or before **June 17, 2026**.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS FINALLY ORDERED** resetting the Status Conference set for May 26, 2026, at 11:00 am (Doc. 15), to **June 2, 2026, at 3:00 PM** in Courtroom 504, 401 West Washington Street, Phoenix, AZ 85003. Out-of-state counsel may appear telephonically by calling (855) 244-8681, and using Access Code 2315-590-1901, prior to the start of the hearing. Local counsel must appear in person.

Dated this 19th day of May, 2026.

Michael T. Liburdi
United States District Judge

- 2 -