# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Winn, et al., | No. CV-26-03108-PHX-MTL |
| Plaintiffs, | **ORDER** |
| v. | |
| Adrian Fontes, et al., | |
| Defendants. | |

To assist the court reporter,

**IT IS ORDERED** the parties shall prepare and bring to the June 16, 2026 Preliminary Injunction Hearing a Table of Authorities, in alphabetical order, which includes all of the authorities on which the parties will rely at the oral argument.

Dated this 8th day of June, 2026.

*Michael T. Liburdi*

Michael T. Liburdi
United States District Judge