Neal K. Carter (AZ#034200)
NEAL K. CARTER, ESQ
P.O. Box 245
Queen Creek, AZ 85142
(480) 628-1037
neal@nealkcarteresq.com

Neal Cornett (DC# 1660201)*
Jeffrey Bossert Clark, Sr. (DC#  455315)*
THE OVERSIGHT PROJECT
2033 K. Street NW, Ste 250
Washington, DC 20006
(606) 275-0978
neal@itsyourgov.org

*Admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Winn, *et al.*, | No. CV-26-03108-PHX-MTL |
| Plaintiff, | |
| v. | **DECLARATION OF JAMIE VOSS** |
| Adrian Fontes, *et al*. | |
| Defendants. | |

Pursuant to 28 U.S.C. § 1746, I, Jamie Voss, declare as follows:

1.     I am a sworn officer of the Tucson Police Department and reside inside the city limits of Tucson.

2.     I am a registered member of the Tea Party, but I vote Republican.

3.     I am competent to testify as to the matters contained herein and make this declaration based on my personal knowledge.

4.     In 2024, I voted in-person in professional police attire consisting of a polo shirt, tan tactical pants, and a tan tactical belt with my badge, department-issued sidearm, extra magazine, handcuffs, and radio.

5.     I was initially denied entry to the polling place by an election official because of my firearm.

6.     I was eventually allowed to vote after the election official contacted her supervisor.

7.     I currently work Tuesday through Friday, and I intend to vote in-person, either in uniform or in professional police attire with my equipment, again.

8.     I have reviewed Chapter 9, § III.D of the 2025 Elections Procedures Manual, which contains the provision that "impersonating a law enforcement officer or otherwise wearing clothing, uniforms or official-looking apparel intended to deter, intimidate, or harass voters" may be considered intimidating conduct.

9.     Given my prior experience, I believe the EPM's prohibition on "wearing clothing, uniforms or official-looking apparel intended to deter, intimidate, or harass voters" could result in myself or a similarly situated individual being removed from a polling place.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct

1

Executed on this 12th Day of June, 2026.

/s/ Jamie Voss
Jamie Voss, Officer
Tucson Police Department