**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:  Michael T. Liburdi**                **Date: June 16, 2026**

**Case Number: CV-26-03108-PHX-MTL**

**Kathleen Winn, et al v. Adrian Fontes, et al**

| APPEARANCES: | Plaintiffs' Counsel | Defendants' Counsel |
|---|---|---|
| | **Eric Cornett and Jeffrey Clark Sr.** | **Karen Hartman-Tellez, Joshua Whitaker, Syreeta Tyrell and Jaylia Yan** |

**PRELIMINARY INJUNCTION HEARING (Day 1):**

8:39 a.m.  Court is in session.  Dave Smith is sworn and examined.  The witness is excused.  10:08 a.m. Recess.

10:24 a.m.  Court reconvenes.  Joel Strabala is sworn and examined.  11:48 a.m.  Recess.

12:49 p.m.  Court reconvenes.  Joel Stabala is examined further.  The witness is excused.  Exhibits 1 through 28 and 40 through 52 are admitted in evidence.

Continued Preliminary Injunction Hearing is set for **June 24, 2026 at 9:30 a.m.**

**LATER:**  Continued Preliminary Injunction Hearing set for June 24, 2026 is **RESET IN TIME ONLY for 9:00 a.m.**

1:25 p.m.  Court stands at recess until 6/24/2026 at 9:00 a.m.

Deputy Clerk: Lisa Richter
Court Reporters: Cathy Taylor                                    **Start:  8:39 AM**
                                                                 **Stop:   1:25 PM**
                                                                 **Total: 3 hours, 29 min**