**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)
Office of the Arizona Attorney General
2005 N. Central Avenue
Phoenix, AZ 85004-1592
(602) 542-3333

Karen J. Hartman-Tellez (021121)
Kara Karlson (029407)
Kyle Cummings (032228)
Karen.Hartman@azag.gov
Kara.Karlson@azag.gov
Kyle.Cummings@azag.gov
Adminlaw@azag.gov
*Attorneys for Defendant Adrian Fontes*

Joshua M. Whitaker (032724)
Syreeta A. Tyrell (034273)
Jaylia Yan (041148)
Joshua.Whitaker@azag.gov
Syreeta.Tyrell@azag.gov
Jaylia.Yan@azag.gov
ACL@azag.gov
*Attorneys for Defendant Kristin K. Mayes*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Winn, *et al.*, | No. CV-26-03108-PHX-MTL |
| Plaintiff, | |
| v. | **DEFENDANTS' NOTICE OF RECENT EVENT** |
| Adrian Fontes, *et al*. | |
| Defendants. | |

Defendants Attorney General Kris Mayes and Secretary of State Adrian Fontes (collectively "Defendants") give notice that, on June 19, 2026, Defendants sent a follow-up letter to Plaintiffs' counsel regarding the 2025 EPM.  The letter explained that the 2025 EPM does not mean that a law enforcement officer or military member who shows up to vote in uniform should be turned away because they are in uniform.  A copy of this letter is attached as Exhibit A.

DATED this 22nd day of June, 2026.

KRISTIN K. MAYES
ATTORNEY GENERAL


By */s/  Joshua M. Whitaker*
Joshua M. Whitaker
Syreeta A. Tyrell
Jaylia Yan
*Attorneys for Arizona Attorney General*
*Kristin K. Mayes*


Karen J. Hartman-Tellez
Kara Karlson
Kyle Cummings
*Attorneys for Arizona Secretary of State*
*Adrian Fontes*

Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004-1592
Telephone: (602) 542-3333

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of June 2026, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ *Joshua M. Whitaker*
Joshua M. Whitaker