# EXHIBIT A



**Josh Whitaker**
**Special Litigation Section,**
**Deputy Chief Counsel**
**(602) 542-7738**
**Joshua.Whitaker@azag.gov**

**KRIS MAYES**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**SOLICITOR GENERAL'S OFFICE**

June 19, 2026

***VIA EMAIL***

Eric Neal Cornett
Director of State Litigation
The Oversight Project
neal@itsyourgov.org

Re:    Oversight Project Letter dated February 12, 2026
       Response Letter dated March 4, 2026
       *Winn et al. v. Fontes et al.*, D. Ariz. No. 2:26-cv-03108

Dear Mr. Cornett,

Your letter dated February 12, 2026, asked the Attorney General and Secretary of State to "unequivocally disavow all intent to prospectively enforce the electioneering and intimidation" provisions of the 2025 EPM. (Page 4.) In a response letter dated March 4, 2026, the Attorney General and Secretary of State explained that the EPM provisions accurately describe statutes regarding electioneering and intimidation, and they declined to "unequivocally disavow an intent to enforce the underlying statutes." (Page 8.) In addition, the Attorney General and Secretary of State explained that enforcement decisions "depend on the facts," so they extended an invitation: "If you have a specific situation in mind, please let us know." (*Id.*)

Your clients did not identify a specific situation they had in mind. Instead your clients sued two months later.

During the lawsuit, it has become clear that your clients are concerned with a specific hypothetical possibility: that an election official might someday misinterpret the 2025 EPM to mean that a law enforcement officer or military member who shows up to vote in uniform should be turned away because they are in uniform.

**2005 North Central Avenue, Phoenix, AZ 85004-1592  ●  (602) 542-3333  ●  www.azag.gov**

Eric Neal Cornett
June 19, 2026
Page 2 of 2

That is clearly not what the 2025 EPM says or means. The Attorney General and Secretary of State agree that a law enforcement officer or military member who shows up to vote in uniform should not be turned away because they are in uniform. Nothing in the 2025 EPM says or implies otherwise.

Sincerely,


Josh Whitaker
Special Litigation Section,
Deputy Chief Counsel


Karen J. Hartman-Tellez
Agency Counsel Section,
Senior Litigation Counsel