**DISTRICT JUDGE'S CIVIL MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:  Michael T. Liburdi**          **Date: June 24, 2026**

**Case Number: CV-26-03108-PHX-MTL**

**Kathleen Winn, et al v. Adrian Fontes, et al**

| APPEARANCES: | Plaintiffs' Counsel | Defendants' Counsel |
|---|---|---|
| | **Eric Cornett and Jeffrey Clark Sr.** | **Karen Hartman-Tellez, Joshua Whitaker, Syreeta Tyrell and Jaylia Yan** |

## PRELIMINARY INJUNCTION HEARING (Day 2):

9:31 a.m.  Court reconvenes.  Exhibit 29 is admitted in evidence.  James Voss is sworn and examined.  10:16 a.m.  Recess.

10:28 a.m.  Court reconvenes.  James Voss is examined further.  The witness is excused.  Lisa Marra is sworn and examined.  11:54 a.m.  Recess.

1:04 p.m.  Court reconvenes.  Lisa Marra is examined further.  The witness is excused.  1:38 p.m.  Recess.

1:53 p.m.  Court reconvenes.  Argument is presented.  Plaintiff's Motion for Preliminary Injunction (Doc. 12) is taken under advisement.  Defendants' response to Plaintiff's Motion to Recognize Admission (Doc. 40) is due 6/29/2026.

2:55 p.m.  Court is adjourned.

**LATER:**  Exhibits are returned to respective counsel by the deputy clerk.

Deputy Clerk: Lisa Richter
Court Reporters: Cathy Taylor

**Start:  9:31 AM**
**Stop:   2:55 PM**
**Total: 3 hours, 47 min**