Neal K. Carter (AZ#034200)
NEAL K. CARTER, ESQ
P.O. Box 245
Queen Creek, AZ 85142
(480) 628-1037
neal@nealkcarteresq.com

Eric Neal Cornett (DC# 1660201)*
Jeffrey Bossert Clark, Sr. (DC#  455315)*
THE OVERSIGHT PROJECT
2033 K. Street NW, Ste 250
Washington, DC 20006
(606) 275-0978
neal@itsyourgov.org
jeff@itsyourgov.org

*Admitted pro hac vice

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kathleen Winn, *et al.*,<br><br>　　　　　Plaintiff,<br>v.<br><br>Adrian Fontes, *et al*.<br><br>　　　　　Defendants. | No. CV-26-03108-PHX-MTL<br><br>**PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO SERVE AND TO ACCELERATE THE RETURN DATE ON A LIMITED PRELIMINARY INJUNCTION SUBPOENA** |

Plaintiffs Kathleen Winn and Pima County Republican Party have not yet served a subpoena on the Tucson Police Department as requested in their June 28, 2026 Motion for Leave to Serve and to Accelerate the Return Date on a Limited Preliminary Injunction Subpoena.  In the event the Court grants the Plaintiffs' Motion, Plaintiffs intend to serve the subpoena as soon as practicable and request the Court order a return within one week of service.  If the Court grants the Order with Defendants' requested modification that documents be returned to both Plaintiffs' and Defendants' counsel, Plaintiffs respectfully request that Defendants bear half the costs associated with the subpoena.

RESPECTFULLY SUBMITTED this 3rd day of July 2026.

/s/ Eric Neal Cornett
Eric Neal Cornett (DC# 1660201)*
Jeffrey Bossert Clark, Sr. (DC# 455315)*
THE OVERSIGHT PROJECT
2033 K. Street NW, Ste 250
Washington, DC 20006
(606) 275-0978
neal@itsyourgov.org

Neal K. Carter (AZ#034200)
NEAL K. CARTER, ESQ
P.O. Box 245
Queen Creek, AZ 85142
(480) 628-1037
neal@nealkcarteresq.com

*Admitted pro hac vice

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of July 2026, I filed the foregoing document electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

/s/Eric Neal Cornett
Eric Neal Cornett